# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GBX FUND MANAGEMENT, LTD. | Case No. 1:22-cv-02069 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | |
| UNITED STATES OF AMERICA et al. | |
| Defendant. | |

## ORDER OF REASSIGNMENT

Pursuant to Local Rule 3.1(b)(3), the above-captioned case is transferred to the docket of Judge Solomon Oliver, Jr., as related to Case No. 1:22cv2068.

**SO ORDERED.** Dated: 12/1/2022

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio
Transferor Judge


 /s/ Solomon Oliver, Jr.
Solomon Oliver, Jr.
United States District Judge
Northern District of Ohio
Transferee Judge